CAUSE NO. 2018-CI-23979

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIGITTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED | § § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| BEXAR COUNTY, BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, BEXAR COUNTY PRE-TRIAL SERVICES, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY SHERIFF'S OFFICE, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY PRE-TRIAL SERVICES | § § § § § § § § § § § § § § § | |
| *Defendants* | § | OF BEXAR COUNTY, TEXAS |

## INDEX OF STATE COURT PLEADINGS

| EXHIBIT | DESCRIPTION | DATE |
|---------|-------------|------|
| A | Plaintiffs' Original Petition | December 21, 2018 |
| B | Civil Case Information Sheet | December 21, 2018 |
| * | Affidavit of Inability to Pay Costs[1] | December 21, 2018 |
| *N/A* | Service Assigned to Clerk 2 | December 26, 2018 |
| C | Request for Service and Process | December 26, 2018 |
| D | Citation Issued to Bexar County | December 26, 2018 |

---

[1] As stated in the Notice of Removal, this document is being filed separately as an exhibit to a motion requesting permission to file under seal.

| D-1 | Return of Service (service on January 7, 2019) | January 8, 2019 |
| E | Citation Issued to Bexar County Hospital Dist. | December 26, 2018 |
| E-1 | Return of Service (service on January 7, 2019) | January 8, 2019 |
| F | Citation Issued to Bexar County Pretrial Svcs. | December 26, 2018 |
| F-1 | Return of Service (service on January 7, 2019) | January 8, 2019 |
| G | First Amended Petition | January 15, 2019 |
| N/A | Service Assigned to Clerk 3 | January 17, 2019 |
| H | Request for Service and Process | January 17, 2019 |
| I | Citation Issued to Sheriff Javier Salazar | January 17, 2019 |

*The state court docket detail indicates that service on Sheriff Salazar occurred on January 22, 2019 and a return of service was filed on January 28, 2019, but a copy of the return was not available at the time of the filing of this removal.*

| J | Citation Issued to Michael Kohlleppel | January 17, 2019 |
| K | Citation Issued to The City of San Antonio | January 17, 2019 |

*The state court docket detail indicates that service on The City of San Antonio occurred on January 22, 2019 and a return of service was filed on January 28, 2019, but a copy of the return was not available at the time of the filing of this removal.*

| L | Citation Issued to Mike Lozito | January 17, 2019 |

*The state court docket detail indicates that service on Mike Lozito occurred on January 25, 2019 and a return of service was filed on January 28, 2019, but a copy of the return was not available at the time of the filing of this removal.*

| M | Original Answer of Bexar Co. Hospital Dist. | January 24, 2019 |
| N | Original Answer of Bexar County | January 29, 2019 |
| O | Original Answer of Bexar County Pretrial Svcs. | January 29, 2019 |

| P | Motion for Default Judgment | January 29, 2019 |
| Q | State Court Docket Detail | January 30, 2019 |

FILED
12/21/2018 3:27 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Maria Abilez

Case 5:19-cv-00083-XR    Document 1-3    Filed 01/30/19    Page 4 of 57

NO. **2018CI23979**

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIDGETTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| V. | § | **408TH** _____ JUDICIAL DISTRICT |
| | § | |
| BEXAR COUNTY, BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, BEXAR COUNTY PRE-TRIAL SERVICES, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY SHERIFF'S OFFICE, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY PRE-TRIAL SERVICES | § § § § § | |
| Defendants. | § | OF BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Michelle Dotson, Bridgette Lott, REGINOLD STEPHENS Individually, Ronald Dotson Individually and as the Representative for the Estate of Janice Dotson-Stephens hereinafter called Plaintiffs, complaining of and about Bexar County, Bexar County Hospital District dba University Health System, Bexar County Pre-Trial Services, Unknown, Unnamed Officers/Employees Of The Bexar County Sheriff's Office, Unknown, Unnamed Officers/ Employees Of The Bexar County Hospital District dba University Health System, Unknown,

Unnamed Officers/ Employees Of The Bexar County Pre-Trial Services hereinafter called

Defendants, and for cause of action shows unto the Court the following:

## DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

## PARTIES AND SERVICE

2.      Plaintiff, Ronald Dotson, is an Individual and is resident of Guadalupe County,

Texas brings this suit on behalf of himself and as the Representative of the Estate of Janice Dotson-

Stephens, deceased, his mother who was also a resident of Bexar County Texas

3.      Plaintiff, Michelle Dotson, is an Individual and a resident of the State of Texas

4.      Plaintiff, Bridgette Lott, is an Individual and is a resident of the State of Texas

5.      Plaintiff, REGINOLD STEPHENS, is an Individual and is a resident of the State

of Texas

6.      As used herein, "Plaintiff" shall include not only named Plaintiff, but also persons

whose claims are being represented by a Plaintiff.

7.      Defendant Bexar County, may be served with process by serving Nelson Wolff as

County of Bexar County, at 101 W. Nueva, 10th floor, San Antonio, Texas 78205. Service of said

Defendant as described above can be effected by personal delivery.

8.      Defendant Bexar County Hospital District, may be served with process by serving

Dr. Dianna M. Burns-Banks (secretary of the board), at 1954 E. Houston, San Antonio, Texas

78202. Service of said Defendant as described above can be effected by personal delivery.

9.      Defendant Bexar County Pre-Trial Service, may be served with process by

serving Leticia Moreno – Pre-Trial manger at 207 North Comal #200 San Antonio, Texas 78207

Service of said Defendant as described above can be effected by personal delivery.

Exhibit A

## JURISDICTION AND VENUE

10.     The subject matter in controversy is within the jurisdictional limits of this court.

11.     This court has jurisdiction over the parties because Defendants are Texas residents.

12.     Venue in Bexar County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

13.     On or about July 17, 2018, Janice Dotson-Stephens was processed and jailed for an allegation of criminal trespass

14.     On or about July 17, 2018, and at all times relevant though December 14, 2018, personnel at the Bear County Jail were required to keep Janice Dotson-Stephens safe and free from physical injury, harm, or death.

15.     On or about July 17, 2018, and at all times relevant through December 14, 2018, personnel at the Bexar County Jail were required to keep Janice Dotson-Stephens safe and free from psychological injury or harm.

16.     On or about July 17, 2018, and at all times relevant through December 14, 2018, personnel at the Bexar County Jail were required to screen and evaluate Janice Dotson-Stephens on an ongoing basis a .

17.     On or about July 17, 2018 and at all times relevant though December 14, 2018, Bexar county was required to train its jail personnel on the method and means of evaluating persons placed in custody to keep them safe from physical or psychological injury, harm, or death.

18.     On or about July 17, 2018 , and at all times relevant though December 14, 2018, personnel at Bexar county Jail were required to screen and evaluate the mental status of persons

placed in custody.

19. On or about July 17, 2018, and at all times relevant through December 14, 2018 Bexar County was made aware of the Mental Health condition of Janice Dotson-Stephens.

20. On or about July 17, 2018 and all times relevant through December 14, 2018 Bexar county personnel failed to appropriately respond to the mental health needs of Janice Dotson-Stephens.

21. On or about December 14, 2018, Janice Dotson-Stephens died while she was confined in the Bexar County Jail awaiting a psychological evaluation that was ordered by Judge Carruthres on August 27, 2018.

## CLAIMS

22. As a direct and proximate result of the foregoing, defendants deprived Janice Dotson-Stephens of her rights and privileges as a citizen of the United States, and defendants caused Janice Dotson-Stephens to suffer injury and death, of which caused the general damages requested by Plaintiff in an amount in excess of the applicable jurisdictional amount, to be proven at trial.

23. In the events alleged above, Defendants acted contrary to law, and intentionally and unreasonably deprived Janice Dotson-Stephens of her, privileges, and immunities secured by the U.S. Constitution and 42 U.S.C. § 1983 in a willful and wanton fashion and they were deliberately indifferent

24. On or about July 17, 2018 and all times relevant through December 14, 2018, Bexar county violated safeguards put in place by S.B. No. 1849 (Sandra Bland act).

25. The claims and causes of action for injuries to health, reputation, and person sustained by Janice Dotson-Stephens are brought in this action pursuant to the Survival Act, Texas Civil Practice and Remedies Code section 71.021.

Exhibit A

26. The claims and causes of action for wrongful death of Janice Dotson-Stephens are brought by her husband and children, pursuant to Texas Civil Practice and Remedies Code sections 71.002

27. Plaintiffs allege claims of wrongful death and injuries sustained by Janice Dotson-Stephens and Negligence per-se for violation of S.B. No 1849 (Sandra Bland Act)

## INDEX OF CAUSES OF ACTION

**COUNT I.** – Bexar County – 42 U.S.C. § 1983

**COUNT II.** – Bexar County – Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT III.** – Bexar County - Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT IV.** – Bexar County – Institutional Liability - Survival

**COUNT V.** – Bexar County – Institutional Liability – Wrongful Death

**COUNT VI.** – Bexar County Hospital District – 42 U.S.C. § 1983

**COUNT VII.** – Bexar County Hospital District – Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT VIII.** – Bexar County Hospital District - Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT IX.** – Bexar County Hospital District – Institutional Liability - Survival

**COUNT X.** – Bexar County Hospital District – Institutional Liability – Wrongful Death

**COUNT XI.** – Bexar County Pre-Trial Services – 42 U.S.C. § 1983

**COUNT XII.** – Bexar County Pre-Trial Services – Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

Exhibit A

**COUNT XIII.** – Bexar County Pre-Trial Services - Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT XIV.** – Bexar County Pre-Trial Services – Institutional Liability - Survival

**COUNT XV.** – Bexar County Pre-Trial Services – Institutional Liability – Wrongful Death

## DAMAGES FOR PLAINTIFFS

28. Defendants are liable for the wrongs complained herein, either by virtue of direct participation or by virtue of encouraging, aiding, abetting, committing, and or ratifying and condoning the commission of the above described acts and/or omissions.

29. Plaintiff and Plaintiff Decedent suffered compensatory, special and punitive damages for the following:

   a.  Extreme mental anguish and emotional distress as a result of being held in custody without proper treatment.

   b.  Violation of Plaintiff's civil rights by Defendants

   c.  Punitive damages for egregious acts and omissions of Defendants

30. Plaintiff is entitled to attorney's fees for litigation of this matter

31. Plaintiff requests and is entitled to a trial by jury.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Ronald Dotson, individually, Ronald Dotson, as  of Janice Dotson-Stephens, Michelle Dotson, Bridgette Lott and REGINOLD STEPHENS, respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate,

Exhibit A

costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: //s// Leslie Sachanowicz____
    Leslie Sachanowicz
    Texas Bar No. 17503200
    Email: les.law@hotmail.com
    Tel. (210) 883-8565

    Mary Pietrazek
    Texas Bar No. 24102358
    Email: pzklaw@gmail.com

    702 Donaldson Avenue, Suite 206
    San Antonio, Texas 78201
    Tel. (210) 951-9795
    Fax. (210) 855-2045
    Attorney for Plaintiffs

**PLAINTIFFS HEREBY DEMAND TRIAL BY JURY**

Exhibit A

FILED
12/21/2018 3:27 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Maria Abilez

# CIVIL CASE INFORMATION SHEET

**2018CI23979**

[Print]

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____    COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** LES SACHANDWICZ | **Email:** les.law@hotmail.com | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| | **Plaintiff(s)/Petitioner(s):**<br>RONALD DOTSON<br>MICHELL DOTSON | |
| **Address:** 102 DWARDSON AVE, STE 206 | **Telephone:** 210 9519795 | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** SAN ANTONIO, TX 78201 | **Fax:** 210 8552045 | **Custodial Parent:** |
| | **Defendant(s)/Respondent(s):**<br>BEXAR COUNTY<br>BEXAR COUNTY HOSPITAL DIST<br>BEXAR COUNTY PRE-TRIAL SERVICES | **Non-Custodial Parent:** |
| **Signature:** | **State Bar No:** 17503200 | **Presumed Father:** |
| | | *[Attach additional page as necessary to list all parties]* |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability: | ☐Eminent Domain/ Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| *Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability List Product:<br><br>☒Other Injury or Damage: | **Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus— Pre-indictment<br>☐Other: | **Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | **Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☒Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees<br>☐Less than $100,000 and non-monetary relief<br>☐Over $100,000 but not more than $200,000<br>☐Over $200,000 but not more than $1,000,000<br>☐Over $1,000,000

Exhibit B

2018CI23979 -P00005

*3cetsprs 1212414 mg $.24*

 

ENT

Cause Number: 2018CI23979

District Court: 408th

## Donna Kay McKinney
## Bexar County District Clerk

FEE PAID



②

FILED
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY

2018 DEC 26 P 1:09

BY: _____ DEPUTY

### Request for Process

Style: RONALD DOTSON ET AL   Vs. BEXAR COUNTY ET AL

Request the following process: (Please check all that Apply)
☒ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: BEXAR COUNTY
Registered Agent/By Serving: NELSON WOLFF
Address 101 W. NUEVA, 10th FLOOR, SAN ANTONIO, TEXAS 78205
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct ___
(Pct. 3 serves process countywide)

**2.**
Name: BEXAR COUNTY HOSPITAL DISTRICT
Registered Agent/By Serving: DR. DIANNA M. BURNS-BANKS
Address 1954 E. HOUSTON, SAN ANTONIO, TEXAS 78202
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct ___
(Pct. 3 serves process countywide)

**3.**
Name: BEXAR COUNTY PRE-TRIAL SERVICES
Registered Agent/By Serving: LETICIA MORENO
Address 207 NORTH COMAL #200, SAN ANTONIO, TX 78207
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct ___
(Pct. 3 serves process countywide)

**4.**
Name: _____
Registered Agent/By Serving: _____
Address _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct ___
(Pct. 3 serves process countywide)

Title of Document/Pleading to be Attached to Process: PLAINTIFF'S ORIGINAL PETITION

Name of Attorney/Pro se: LESLIE SACHANOWICZ Bar Number: 17503200
Address: 702 DONALDSON AVE, STE 206   Phone Number: 210 883 8565
SAN ANTONIO, TEXAS 78201

Attorney for Plaintiff ✓   Defendant _____   Other _____

*****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED*****

DOCUMENT SCANNED AS FILED

Exhibit C

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979   S00881

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   BEXAR COUNTY
               BY SERVIN NELSON WOLFF

MARY PIETRALEK

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION  , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of December, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26TH DAY OF DECEMBER A.D., 2018.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851



Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Jacqueline Flores*, Deputy

| MICHELLE DOTSON ET AL VS BEXAR COUNTY ET AL | **Officer's Return** | Case Number: 2018-CI-23979 Court: 408th Judicial District Court |
|---|---|---|

I received this CITATION on _____ at _____ o'clock ___M. and;( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20____.

_____
Declarant

DOCUMENT SCANNED AS FILED

FILE COPY   Exhibit D

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979 S00001

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:   BEXAR COUNTY
BY SERVIN NELSON WOLFF

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION  was filed on the 21st day of December, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26TH DAY OF DECEMBER A.D., 2018.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Jacqueline Flores*, Deputy

---

MICHELLE DOTSON ET AL
VS
BEXAR COUNTY ET AL

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on _T Jan 2019_ at _8_ o'clock A.M. and executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION  the date of delivery endorsed on it to the defendant, _Nelson Wolff_ received by _Nicole Erfurth_ in person, on the _at_

_8 Jan 19 / 11_ o'clock A.M. at _101 W Nueva 10th fl_ or ( ) not executed because ___ _Signature on Back_
_SA, TX 78205_

PSC
Fees: _$75.00_ Badge/PPS #: _5500_ Date certification expires: _11/30/2020_

By: _Joe Pietrazek_ _Bexar_ County, Texas

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS ___

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is ___, my date of birth is ___, and my address is ___ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in ___ County, State of Texas, on the ___ day of ___, 20___.

Declarant

RETURN to COURT (DK02)

DOCUMENT SCANNED AS FILED

Exhibit D

Nicole Erfurth
Nicole Erfurth Assistant to County Judge
Correspondence
210-335-3019

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979  S00002

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   BEXAR COUNTY HOSPITAL DISTRICT
                        BY SERVING DR. DIANA M. BURNS-BANKS



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION  , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of December, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26TH DAY OF DECEMBER A.D., 2018.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851

Donna Kay M$^c$Kinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Jacqueline Flores*, Deputy

---

**MICHELLE DOTSON ET AL**
**VS**
**BEXAR COUNTY ET AL**

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:[ ] executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____o'clock ___M. at:_____ or [ ] not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By :_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____ , my date of birth is _____, and my address is _____ . _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____ , 20_____.

_____
Declarant

DOCUMENT SCANNED AS FILED

FILE COPY Exhibit E

PRIVATE PROCESS

Case Number: 2018-CI-23979

2018CI23979   S00002

MICHELLE DOTSON ET AL

VS.

BEXAR COUNTY ET AL

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   BEXAR COUNTY HOSPITAL DISTRICT
BY SERVING DR. DIANA M. BURNS-BANKS



FILED
DISTRICT CLERK
BEXAR CO. TEXAS
2019 JAN -8 A 11:58
BY: _____ DEPUTY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of December, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26TH DAY OF DECEMBER A.D., 2018.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851



Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Jacqueline Flores*, Deputy

---

MICHELLE DOTSON ET AL
VS
BEXAR COUNTY ET AL

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on 01/07/2019 at 8 o'clock A.M. and X executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant, Diana Burns-Banks received by Serina Revela in-person on the at Jan 19/2:20 o'clock P.M. at: 4502 medral Dr   or ( ) not executed because _____ Signature on Back
SA,TX 78229

Fees: $75°°   Badge/PPS #: PSC 15500   Date certification expires: 11/30/2020

By: Joe Piethazek   BEXAR _____ County, Texas

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____ , my date of birth is _____ , and my address is _____ , _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____ , 20 ___ .

_____
Declarant

DOCUMENT SCANNED AS FILED   RETURN TO COURT (BKS02)   Exhibit E-1

Serina Rivera
Interim VP / CLO

*[signature]*

DOCUMENT SCANNED AS FILED

Exhibit E-1

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979 S00863

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To: BEXAR COUNTY PRE-TRIAL SERVICES
             BY SERVING LETICIA MORENO- PRE-TRIAL MANAGER

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of December, 2018.



MARY PIERRATEK

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26TH DAY OF DECEMBER A.D., 2018.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Jacqueline Flores*, Deputy

---

| MICHELLE DOTSON ET AL VS BEXAR COUNTY ET AL | **Officer's Return** | Case Number: 2018-CI-23979 Court: 408th Judicial District Court |
|---|---|---|

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

DOCUMENT SCANNED AS FILED

FILE COPY Exhibit F

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979 S00003

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

CRT

## CITATION

"THE STATE OF TEXAS"

Directed To:   BEXAR COUNTY PRE-TRIAL SERVICES
BY SERVING LETICIA MORENO- PRE-TRIAL MANAGER

FILED
DISTRICT CLERK
BEXAR CO. TEXAS
2019 JAN -8 A 11: 58
BY: _____ DEPUTY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION  was filed on the 21st day of December, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 26TH DAY OF DECEMBER A.D., 2018.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851



Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Jacqueline Flores*, Deputy

---

**MICHELLE DOTSON ET AL**
**VS**
**BEXAR COUNTY ET AL**

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on _7 Jan 19_ at _8_ o'clock _A_ M. and (X) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION  the date of delivery endorsed on it to the defendant, _Leticia Moreno_ ~~in person~~ on the _7 Jan 19_ at _1:22_ o'clock _P_ M. at _202 N Comal SA TX 78207_ or ( ) not executed because _____ signature on Back

Fees: _$75.ₒₒ_   Badge/PPS #: _PSC 15500_   Date certification expires: _11/30/2020_

By: _____  _Bexar_ County, Texas

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____ , my date of birth is _____ , and my address is _____ , _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____ , 20___ .

_____
Declarant

DOCUMENT SCANNED AS FILED

RETURN Exhibit (Dk 2)

FILED
1/15/2019 9:02 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Laura Castillo

Case 5:19-cv-00083-XR   Document 1-3   Filed 01/30/19   Page 21 of 57

NO. <u>2018CI23979</u>

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIDGETTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>408th JUDICIAL DISTRICT<br><br>OF BEXAR COUNTY, TEXAS |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| BEXAR COUNTY, BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, BEXAR COUNTY PRE-TRIAL SERVICES, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY SHERIFF'S OFFICE, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY PRE-TRIAL SERVICES SHERIFF JAVIER SALAZAR, OFFICIALLY AND INDIVIDUALLY, BEXAR COUNTY PRETRIAL SERVICES DIRECTOR MIKE LOZITO OFFICIALLY AND INDIVIDUALLY, SAPD OFFICER MICHAEL KOHLLEPPEL OFFICIALLY AND INDIVIDUALLY, THE CITY OF SAN ANTONIO | §<br>§<br>§ | |
| **Defendants.** | § | |

Exhibit G

## PLAINTIFF'S FIRST AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Michelle Dotson, Bridgette Lott, REGINOLD STEPHENS Individually, Ronald Dotson Individually and as the Representative for the Estate of Janice Dotson-Stephens hereinafter called Plaintiffs, complaining of and about Bexar County, Bexar County Hospital District dba University Health System, Bexar County Pre-Trial Services, Unknown, Unnamed Officers/Employees Of The Bexar County Sheriff's Office, Unknown, Unnamed Officers/ Employees Of The Bexar County Hospital District dba University Health System, Unknown, Unnamed Officers/ Employees Of The Bexar County Pre-Trial Services, Sheriff Javier Salazar, Pretrial Service Director Mike Lozito, City of San Antonio, and SAPD Officer Michael Kohlleppel, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, Ronald Dotson, is an Individual and is resident of Guadalupe County, Texas brings this suit on behalf of himself and as the Representative of the Estate of Janice Dotson-Stephens, deceased, his mother who was also a resident of Bexar County Texas

3.      Plaintiff, Michelle Dotson, is an Individual and a resident of the State of Texas

4.      Plaintiff, Bridgette Lott, is an Individual and is a resident of the State of Texas

5.      Plaintiff, REGINOLD STEPHENS, is an Individual and is a resident of the State of Texas

6.      As used herein, "Plaintiff" shall include not only named Plaintiff, but also persons whose claims are being represented by a Plaintiff.

Exhibit G

7.      Defendant Bexar County, may be served with process by serving Nelson Wolff as County Judge of Bexar County, at 101 W. Nueva, 10th floor, San Antonio, Texas 78205. Service of said Defendant as described above can be effected by personal delivery.

8.      Defendant Bexar County Hospital District, may be served with process by serving Dr. Dianna M. Burns-Banks (secretary of the board), at 1954 E. Houston, San Antonio, Texas 78202. Service of said Defendant as described above can be effected by personal delivery.

9.      Defendant Bexar County Pre-Trial Service, may be served with process by serving Leticia Moreno – Pre-Trial manger at 207 North Comal #200 San Antonio, Texas 78207

Service of said Defendant as described above can be effected by personal delivery.

10.     Defendant Sheriff Javier Salazar is named officially and individually and may be served officially and individually with process at 200 N Comal, San Antonio, Texas 78207

11.     Defendant Pretrial Services Director Mike Lozito is named officially and individually and may be served with process by serving Leticia Moreno – Pre-Trial manger at 207 North Comal #200 San Antonio, Texas 78207

12.     Defendant SAPD Officer Michael Kohlleppel is named officially and individually and may be served with process at 315 South Santa Rosa, San Antonio, Texas 78207

Service of said Defendant as described above can be effected by personal delivery.

13.     The City of San Antonio may be served with process by serving Leticia Vacek- City Clerk at 114 W. Commerce, San Antonio, Texas 78205

## JURISDICTION AND VENUE

14.     The subject matter in controversy is within the jurisdictional limits of this court.

15.     This court has jurisdiction over the parties because Defendants are Texas residents.

Exhibit G

16.     Venue in Bexar County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

17.     On or about July 17, 2018, Janice Dotson-Stephens was processed and jailed for an allegation of criminal trespass

18.     On or about July 17, 2018, and at all times relevant though December 14, 2018, personnel at the Bear County Jail were required to keep Janice Dotson-Stephens safe and free from physical injury, harm, or death.

19.     On or about July 17, 2018, and at all times relevant through December 14, 2018, personnel at the Bexar County Jail were required to keep Janice Dotson-Stephens safe and free from psychological injury or harm.

20.     On or about July 17, 2018, and at all times relevant through December 14, 2018, personnel at the Bexar County Jail were required to screen and evaluate Janice Dotson-Stephens on an ongoing basis a .

21.     On or about July 17, 2018 and at all times relevant though December 14, 2018, Bexar county was required to train its jail personnel on the method and means of evaluating persons placed in custody to keep them safe from physical or psychological injury, harm, or death.

22.     On or about July 17, 2018 , and at all times relevant though December 14, 2018, personnel at Bexar county Jail were required to screen and evaluate the mental status of persons placed in custody.

23. On or about July 17, 2018, and at all times relevant through December 14, 2018 Bexar County was made aware of the Mental Health condition of Janice Dotson-Stephens.

24. On or about July 17, 2018 and all times relevant through December 14, 2018 Bexar county

Exhibit G

personnel failed to appropriately respond to the mental health needs of Janice Dotson-Stephens.

25. On or about December 14, 2018, Janice Dotson-Stephens died while she was confined in the Bexar County Jail awaiting a psychological evaluation that was ordered by Judge Carruthres on August 27, 2018.

## CLAIMS

26. As a direct and proximate result of the foregoing, defendants deprived Janice Dotson-Stephens of her rights and privileges as a citizen of the United States, and defendants caused Janice Dotson-Stephens to suffer injury and death, of which caused the general damages requested by Plaintiff in an amount in excess of the applicable jurisdictional amount, to be proven at trial.

27. In the events alleged above, Defendants acted contrary to law, and intentionally and unreasonably deprived Janice Dotson-Stephens of her, privileges, and immunities secured by the U.S. Constitution and 42 U.S.C. § 1983 in a willful and wanton fashion and they were deliberately indifferent

28. On or about July 17, 2018 and all times relevant through December 14, 2018, Bexar county violated safeguards put in place by S.B. No. 1849 (Sandra Bland act).

29. The claims and causes of action for injuries to health, reputation, and person sustained by Janice Dotson-Stephens are brought in this action pursuant to the Survival Act, Texas Civil Practice and Remedies Code section 71.021.

30. The claims and causes of action for wrongful death of Janice Dotson-Stephens are brought by her husband and children, pursuant to Texas Civil Practice and Remedies Code sections 71.002

31. Plaintiffs allege claims of wrongful death and injuries sustained by Janice Dotson-Stephens and Negligence per-se for violation of S.B. No 1849 (Sandra Bland Act)

## INDEX OF CAUSES OF ACTION

**COUNT I.** – Bexar County – 42 U.S.C. § 1983

Exhibit G

**COUNT II.** – Bexar County – Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT III.** – Bexar County - Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT IV.** – Bexar County – Institutional Liability - Survival

**COUNT V.** – Bexar County – Institutional Liability – Wrongful Death

**COUNT VI.** – Bexar County Hospital District – 42 U.S.C. § 1983

**COUNT VII.** – Bexar County Hospital District – Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT VIII.** – Bexar County Hospital District - Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT IX.** – Bexar County Hospital District – Institutional Liability - Survival

**COUNT X.** – Bexar County Hospital District – Institutional Liability – Wrongful Death

**COUNT XI.** – Bexar County Pre-Trial Services – 42 U.S.C. § 1983

**COUNT XII.** – Bexar County Pre-Trial Services – Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT XIII.** – Bexar County Pre-Trial Services - Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT XIV.** – Bexar County Pre-Trial Services – Institutional Liability - Survival

**COUNT XV.** – Bexar County Pre-Trial Services – Institutional Liability – Wrongful Death

**COUNT XVI.**- Sheriff Javier Salazar- 42 U.S.C. § 1983

**COUNT XVII.**- Sheriff Javier Salazar- Assault and Battery

**COUNT XVIII.**- Sheriff Javier Salazar-  Vicarious Liability - Willful and Wanton Conduct – Survival

**COUNT XIX**- Sheriff Javier Salazar-  Vicarious Liability - Willful and Wanton Conduct –Wrongful

Exhibit G

Death

**COUNT XX-** Bexar County Sheriff's Office- Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT XXI-** Bexar County Sheriff's Office- Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT XXII.-** Pretrial Services Director Mike Lozito- 42 U.S.C. § 1983

**COUNT XXIII.-** Pretrial Services Director Mike Lozito- Assault and Battery

**COUNT XXIV.-** Pretrial Services Director Mike Lozito-   Vicarious Liability - Willful and Wanton Conduct – Survival

**COUNT XXV-** Pretrial Services Director Mike Lozito-  Vicarious Liability - Willful and Wanton Conduct –Wrongful Death

**COUNT XXVI.-** SAPD Officer Michael Kohlleppel- 42 U.S.C. § 1983

**COUNT XXVII.-** SAPD Officer Michael Kohlleppel- Assault and Battery

**COUNT XXVIII.-** SAPD Officer Michael Kohlleppel-  Vicarious Liability - Willful and Wanton Conduct – Survival

**COUNT XXIX-** SAPD Officer Michael Kohlleppel-  Vicarious Liability - Willful and Wanton Conduct –Wrongful Death

**COUNT XXX –** City of San Antonio – 42 U.S.C. § 1983

**COUNT XXXI –**City of San Antonio– Vicarious Liability for unknown employees Willful and Wanton Conduct – Survival

**COUNT XXII –**City of San Antonio- Vicarious Liability for unknown employees Willful and Wanton Conduct – Wrongful Death

**COUNT XXIII –** City of San Antonio Institutional Liability - Survival

**COUNT XXXIV –** City of San Antonio Institutional Liability – Wrongful Death

Exhibit G

## DAMAGES FOR PLAINTIFFS

28. Defendants are liable for the wrongs complained herein, either by virtue of direct participation or by virtue of encouraging, aiding, abetting, committing, and or ratifying and condoning the commission of the above described acts and/or omissions.

29. Plaintiff and Plaintiff Decedent suffered compensatory, special and punitive damages for the following:

   a. Extreme mental anguish and emotional distress as a result of being held in custody without proper treatment.

   b. Violation of Plaintiff's civil rights by Defendants

   c. Punitive damages for egregious acts and omissions of Defendants

30. Plaintiff is entitled to attorney's fees for litigation of this matter

31. Plaintiff requests and is entitled to a trial by jury.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Ronald Dotson, individually, Ronald Dotson, as  of Janice Dotson-Stephens, Michelle Dotson, Bridgette Lott and REGINOLD STEPHENS, respectfully pray that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Exhibit G

By: //s// Leslie Sachanowicz
    Leslie Sachanowicz
    Texas Bar No. 17503200
    Email: les.law@hotmail.com
    Tel. (210) 883-8565

    Mary Pietrazek
    Texas Bar No. 24102358
    Email: pzklaw@gmail.com

    702 Donaldson Avenue, Suite 206
    San Antonio, Texas 78201
    Tel. (210) 951-9795
    Fax. (210) 855-2045
    Attorney for Plaintiffs

**PLAINTIFFS HEREBY DEMAND TRIAL BY JURY**

Exhibit G

Cause Number: 2018CI23979

District Court: 408 DC


2018CI23979 -P08008

**Mary Angie Garcia**
**Bexar County District Clerk**

FEE P...



4 Cits PPS

$32

1/17/19

D.R.

3

## Request for Process

Style: Michelle Dotson Et. All vs. Bexar County Et. All

Request the following process: (Please check all that Apply)
☒ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other

FILED DISTRICT CLERK ... TEXAS
2019 JAN 17 P 1:5...
BY: ____ DEPUTY

Daniela Ramos

**1.**
Name: Sheriff Javier Salazar
Registered Agent/By Serving: Sheriff Javier Salazar
Address 200 N. Comal, San Antonio, TX 78207
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**2.**
Name: Officer Michael Kohlleppel
Registered Agent/By Serving: Officer Michael Kohlleppel
Address 315 South Santa Rosa, San Antonio, TX 78207
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Per __
(Pct. 3 serves process countywide)

**3.**
Name: City of San Antonio
Registered Agent/By Serving: City Clerk Leticia Vacek
Address 114 W. Commerce, San Antonio, TX 78205
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

**4.**
Name: Mike Lozito
Registered Agent/By Serving: Leticia Moreno
Address 207 N. Comal #200, San Antonio TX 78207
Service Type: (Check One) ☒ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

Title of Document/Pleading to be Attached to Process: 1st First Amended Petition

Name of Attorney/Pro se: Leslie Sachanowicz Bar Number: 17503200
Address: 702 Donaldson Ave Phone Number: 210-883-8565
San Antonio, TX 78201
Attorney for Plaintiff ✓ Defendant _____ Other _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

DOCUMENT SCANNED AS FILED                    Exhibit H

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979   S00904

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   SHERIFF JAVIER SALAZAR



"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and FIRST AMENDED PETITION  , a default judgment may be taken against you." Said FIRST AMENDED PETITION   was filed on the 15th day of January, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 17TH DAY OF JANUARY A.D., 2019.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851

Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Cynthia Gonzales*, Deputy

---

| MICHELLE DOTSON ET AL<br>VS<br>BEXAR COUNTY ET AL | **Officer's Return** | Case Number: 2018-CI-23979<br>Court: 408th Judicial District Court |

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached FIRST AMENDED PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20____.

_____
Declarant

DOCUMENT SCANNED AS FILED

FILE COPY   Exhibit I

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979  500005

MICHELLE DOTSON ET AL
VS.
BEXAR COUNTY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   OFFICER MICHAEL KOHLLEPPEL

 19 JAN 2019

CRT

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and FIRST AMENDED PETITION  , a default judgment may be taken against you." Said FIRST AMENDED PETITION   was filed on the 15th day of January, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 17TH DAY OF JANUARY A.D., 2019.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Cynthia Gonzales*, Deputy

---

MICHELLE DOTSON ET AL
VS
BEXAR COUNTY ET AL

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached FIRST AMENDED PETITION    the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or  (  )  not  executed  because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20____.

_____
Declarant

DOCUMENT SCANNED AS FILED

FILE COPY  Exhibit J

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979 500006

MICHELLE DOTSON ET AL
VS.
BEXAR COUNTY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: THE CITY OF SAN ANTONIO BY SERVING ITS
CITY CLERK LETICIA VACEK

*[signature]* 19-JAN-2019

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and FIRST AMENDED PETITION , a default judgment may be taken against you." Said FIRST AMENDED PETITION  was filed on the 15th day of January, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 17TH DAY OF JANUARY A.D., 2019.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Cynthia Gonzales*, Deputy

---

MICHELLE DOTSON ET AL
VS
BEXAR COUNTY ET AL

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached FIRST AMENDED PETITION the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at_____ or ( ) not executed because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20____.

_____
Declarant

DOCUMENT SCANNED AS FILED

FILE COPY Exhibit K

PRIVATE PROCESS

Case Number: 2018-CI-23979



2018CI23979  S00007

**MICHELLE DOTSON ET AL**
**VS.**
**BEXAR COUNTY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
408th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   MIKE LOZITO BY SERVING LETICIA MORENO



19 JAN 2019

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and FIRST AMENDED PETITION , a default judgment may be taken against you." Said FIRST AMENDED PETITION was filed on the 15th day of January, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 17TH DAY OF JANUARY A.D., 2019.

LESLIE J SACHANOWICZ
ATTORNEY FOR PLAINTIFF
702 DONALDSON AVE 206
SAN ANTONIO, TX 78201-4851

**Mary Angie Garcia**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Cynthia Gonzales*, Deputy

---

**MICHELLE DOTSON ET AL**
**VS**
**BEXAR COUNTY ET AL**

**Officer's Return**

Case Number: 2018-CI-23979
Court: 408th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and;( ) executed it by delivering a copy of the CITATION with attached FIRST AMENDED PETITION the date of delivery endorsed on it to the defendant, _____ in person on the _____ at _____ o'clock ___M. at_____ or ( ) not executed because

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas
By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ , _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 28_____.

_____
Declarent

DOCUMENT SCANNED AS FILED

FILE COPY Exhibit L

FILED
1/24/2019 3:35 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Alexandra Johnson

Case 5:19-cv-00083-XR   Document 1-3   Filed 01/30/19   Page 35 of 57

CAUSE NO. 2018-CI-23979

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIDGETTE | § | IN THE DISTRICT COURT |
| LOTT AND REGINOLD STEPHENS | § | |
| INDIVIDUALLY, RONALD DOTSON, | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JANICE DOTSON-STEPHENS, | § | |
| DECEASED | § | |
|      Plaintiffs | § | |
| | § | |
| V. | § | 408TH JUDICIAL DISTRICT |
| | § | |
| BEXAR COUNTY, BEXAR COUNTY | § | |
| HOSPITAL DISTRICT d/b/a | § | |
| UNIVERSITY HEALTH SYSTEM, | § | |
| BEXAR COUNTY PRE-TRIAL | § | |
| SERVICES, UNKNOWN, UNNAMED | § | |
| OFFICERS/EMPLOYEES OF THE | § | |
| BEXAR COUNTY SHERIFF'S OFFICE, | § | |
| UNKNOWN, UNNAMED OFFICERS/ | § | |
| EMPLOYEES OF THE BEXAR COUNTY | § | |
| HOSPITAL DISTRICT d/b/a | § | |
| UNIVERSITY HEALTH SYSTEM, | § | |
| UNKNOWN, UNNAMED OFFICERS/ | § | |
| EMPLOYEES OF THE BEXAR COUNTY | § | |
| PRE-TRIAL SERVICES | § | |
|      Defendants | § | BEXAR COUNTY, TEXAS |

## BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM'S PLEA IN ABATEMENT, SPECIAL EXCEPTIONS AND ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM [hereinafter UHS], one of the Defendants in the above-entitled and numbered cause and files this its Plea in Abatement, Special Exceptions to Plaintiffs' Original Petition and, subject thereto, its Original Answer, and shows the Court as follows:

Plea in Abatement

    1.    UHS is a health care institution as defined by §74.001(11) of the Civil Practice

1

Exhibit M

and Remedies Code and its only involvement in this case was through its employee at Detention Healthcare Services, who provided medical and mental health care to the Decedent while she was incarcerated at the Bexar County Adult Detention Center. Plaintiffs' allegations arise out of the medical and mental health care provided to the Decedent. A health care liability claim is defined by §74.001(13) as "a cause of action against a health care provider or physician for treatment, lack of treatment or other claimed departure from accepted standards of medical care or health care, or safety or professional or administrative services directly related to health care, which proximately results in injury or death of a claimant..." Accordingly, this is a health care liability claim governed by Chapter 74 of the Civil Practice and Remedies Code. UHS would show that Plaintiff has not complied with the requirements of §74.051 and §74.052 of the Civil Practice and Remedies Code in that she failed to provide UHS with written pre-suit notice of her claim prior to filing this lawsuit and she did not serve UHS with a properly completed and executed Authorization Form for Release of Protected Health Information as required by the statute. This cause of action was filed on December 21, 2018 and prior to said filing, UHS was not sent written notice of a claim or an authorization as mandated by statute. Pursuant to §74.052(a), this cause of action should be abated until 60 days following receipt of a fully executed authorization in the format set out by statute.

Special Exceptions

1.    UHS specially excepts to Plaintiffs' Original Petition because it seeks to recover pre-judgment interest, but does not limit that recovery to the amount of recovery authorized by the Texas Tort Claims Act.

2.    UHS specially excepts to Plaintiffs' Original Petition because it does not state a claim under the Texas Tort Claims Act. Defendant would show that the petition fails to allege a

2

cause of action for negligence of a UHS employee arising out of a condition or use of tangible property.

3.   UHS specially excepts to Plaintiffs' Original Petition because it appears to seek to recover damages under theories of vicarious liability, *respondeat superior* and agency. Defendant would show that the Tort Claims Act does not authorize recovery under such theories. Defendant would further show that the limited waiver of immunity contained in the Tort Claims Act authorizes recovery for the negligence of employees only, and that the term "employee" is specifically defined by the Tort Claims Act.

4.   UHS specially excepts to Plaintiffs' Original Petition because it does not provide UHS with fair notice of the claims against it, but merely asserts that "personnel at the jail" owed specific duties to the Decedent but does not identify the "personnel" as UHS employees, or identify any specific conduct or failure to act by a UHS employee, if any, which breached a duty, if any to the Decedent, and it does not explain how the breach of such a duty, if any, proximately caused injury, if any, to the Decedent.

5.   UHS specially excepts to Plaintiffs' Original Petition because the specific allegations of negligence against it do not fall within the limited waiver of immunity contained in the Texas Tort Claims Act. Plaintiff has failed to assert a cause of action against UHS for the alleged negligence of an employee arising out of a condition or use of tangible personal property. In the event that allegations against "personnel at the jail" are interpreted to include UHS employees, UHS would show that allegations of "failure to keep safe from physical injury, harm, death, or psychological harm," "failure to screen and evaluate the mental status of persons placed in custody," "encouraging, aiding, abetting, committing or ratifying and/or condoning certain acts or omissions" not state a claim for which immunity is waived.

Exhibit M

6.      UHS specially excepts to Plaintiffs' Original Petition in that it does not contain factual allegations of any relationship to the Decedent by Michelle Dotson, Bridgette Lott and Reginold Stephens which would authorize them to proceed with these claims and therefore does not establish they have standing to pursue this action.

7.      UHS specially excepts to Plaintiffs' Original Petition wherein it seeks to recover damages for "violation of civil rights" which is not a proper element of damages recoverable under Texas law.

8.      UHS specially excepts to Plaintiffs' Original Petition because it seeks to recover exemplary or punitive damages and contains allegations of willful or wanton conduct. Section 101.024 of the Tort Claims Act does not authorize recovery of exemplary damages and §101.021 authorizes recovery of damages only for negligence of employees under limited specific circumstances. In addition, as set out in §101.057, the Tort Claims Act does not waive immunity for willful or wanton conduct or intentional torts.

9.      UHS specially excepts to Plaintiffs' Original Petition because it does not specifically plead that Plaintiff has complied with the Notice provisions contained in §101.101 of the Tort Claims Act.

10.     UHS specially excepts to Plaintiffs' Original Petition because it attempts to recover attorney's fees and such recovery is not authorized by common law, by the wrongful death and survival statutes, or by the Tort Claims Act.

11.     UHS specially excepts to Plaintiffs' Original Petition because the allegations contained therein are vague and do not provide this Defendant with fair notice of the claims against it. The Petition does not contain allegations which specify facts to support counts VI, VII, VIII, IX and X. The Petition does not contain allegations which identify the specific acts or

Exhibit M

omissions, if any, allegedly committed by a UHS employee nor does it contain allegations to support the element of causation as against UHS.

12.     UHS specially excepts to Plaintiffs' Original Petition because it asserts that this cause of action should proceed under Level 2. UHS asserts that this action should proceed under Level 3.

13.     UHS specially excepts to Plaintiffs' Original Petition because it asserts a claim for "institutional liability" and such a claim is neither within the limited waiver of immunity contained in the Texas Tort Claims Act, nor an acceptable claim at common law in Texas.

14.     UHS specially excepts to Plaintiffs' Original Petition because the Tort Claims Act does not waive immunity for, nor authorize a claim for negligence per se.

Answer

15.     UHS enters a general denial pursuant to TEX. R. CIV. P. 92 and demands that Plaintiffs prove each and every element of their claims, if any by a preponderance of the evidence.

16.     UHS would show that it is a political subdivision of the State of Texas which owns and operates health care facilities in Bexar County, Texas including Detention Health Care Services. Defendant pleads the doctrine of governmental immunity as a defense to Plaintiffs' cause of action, if any, and invokes all provisions and limitations of monetary liability contained in Chapter 101 of the Texas Civil Practice and Remedies Code (the Texas Tort Claims Act).

17.     Answering further, UHS denies that any of the personnel employed by Bexar County, the Bexar County Sheriff's Office or Pretrial Services were or are its agents, servants or employees as those terms are defined by the Texas Tort Claims Act and would show that it is not responsible through any theory of agency, apparent or ostensible agency, agency by estoppel,

Exhibit M

vice principal or alter ego or *respondeat superior* for the conduct of any person who is not a UHS employee.

18.     UHS denies that it can be held liable for pre-judgment interest in excess of its liability limits set out in the Texas Tort Claims Act.

19.     UHS denies that Plaintiffs complied with the Notice provisions contained in the Texas Tort Claims Act and in Chapter 74 of the Civil Practice and Remedies Code, and further denies that a properly completed authorization, as mandated by Chapter 74, has been provided to it.

20.     Defendant asserts its right to contribution, indemnity and a determination of the proportionate responsibility of all parties, settling parties and responsible third parties and invokes all provisions of Chapter 33 of the Civil Practice and Remedies Code.

21.     Defendant asserts that Janice Dotson-Stephens' injuries and damages, if any, were caused by third parties over whom it did not have the right to control and did not control.

22.     Defendant asserts the limitation on damages provided for in §74.301, §74.302, and §41.008 of the Texas Civil Practice and Remedies Code. Defendant further invokes all provisions contained in §41.0105 of the Civil Practice and Remedies Code and asserts that Plaintiffs' recovery of medical or health care expenses, if any, is limited to the amount actually paid or incurred by or on behalf of the Plaintiff.

23.     Defendant alleges that, in the unlikely event it is found liable for future damages, as defined in §74.501 of the Civil Practice and Remedies Code, it is entitled to pay such damages, in whole or in part, in periodic payments rather than by a lump sum payment, as set out in §§74.501 to 74.507 of the Civil Practice and Remedies Code.

24.     Defendant asserts that Plaintiffs' claims for pre-judgment interest are limited by

6

Exhibit M

the dates and amounts set forth in Chapter 304 of the Texas Finance Code and/or any other applicable statute.

25.     UHS denies that it is liable for exemplary or punitive damages as a matter of law and denies that liability can be imposed on it for intentional conduct by its employees, including willful or wanton conduct.

26.     UHS denies that any UHS employee was negligent in providing care to the Decedent and further denies that an act or omission by a UHS employee in the course and scope of employment, if any involved the condition or use of real or tangible personal property or the use of a motor vehicle. UHS would show that allegations of "failure to keep safe from physical injury, harm, death, or psychological harm," "failure to screen and evaluate the mental status of persons placed in custody," "encouraging, aiding, abetting, committing or ratifying and/or condoning certain acts or omissions" not state a claim for which immunity is waived.

27.     UHS denies that any of the corrections officers or Bexar County Sheriff Office personnel at the Bexar County Adult Detention Center or employees of Pretrial Services were or are its agents, servants or employees as those terms are defined by the Texas Tort Claims Act and would show that it is not responsible through any theory of agency, apparent or ostensible agency, agency by estoppel, vice principal or alter ego or *respondeat superior* for the conduct of corrections officers at the Bexar County Adult Detention Center or Pretrial Services employees.

28.     UHS denies that Plaintiffs are entitled to recover attorney's fees for their negligence, wrongful death and survival claims.

29.     UHS denies that liability can be imposed on it for "negligence per se" and denies application of any theory of "institutional liability."

30.     UHS would show that, because of the nature of this cause of action and the need

Exhibit M

for expert witnesses, this case should proceed under Level 3 and that a Scheduling Order should be entered to provide for the orderly disposition of this case.

WHEREFORE, PREMISES CONSIDERED, Bexar County Hospital District d/b/a University Health System requests that its Plea in Abatement be granted; that this cause of action be abated for a period of time to expire 60 days after receipt of a properly executed authorization; that its Special Exceptions be sustained in all respects, that Plaintiffs be required to file amended pleadings to meet the special exceptions; that Plaintiffs take nothing by reason of her action; that Defendant recover its costs; and that it be granted any and all other relief to which it may be entitled.

Respectfully submitted,

LAURA A. CAVARETTA
State Bar No. 04022820

CAVARETTA, KATONA & LEIGHNER PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908
cavarettal@ckl-lawyers.com

ATTORNEY FOR DEFENDANT,
BEXAR COUNTY HOSPITAL DISTRICT d/b/a
UNIVERSITY HEALTH SYSTEM

## VERIFICATION

STATE OF TEXAS          §
                        §
COUNTY OF BEXAR         §

BEFORE ME, the undersigned authority, on this day personally appeared Jeffrey Jowers, attorney in the Legal Services Department at the Bexar County Hospital District d/b/a University Health System, who having been by me first duly sworn, on oath, deposed and said that he has

Exhibit M

read the foregoing Defendant's Pleas in Abatement, Special Exceptions and Original Answer and that the denials contained in paragraphs 16, 17, 19 and 27 of Defendant's Original Answer are true and correct.

_____
JEFFREY JOWERS

SUBSCRIBED AND SWORN TO BEFORE ME, on this 24th day of January, 2019.



NOTARY PUBLIC, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a correct copy of the above and foregoing has this the 24th day of January, 2019 been forwarded to:

Leslie Sachanowicz                          VIA ELECTRONIC FILING SERVICES
Mary Pietrazek
702 Donaldson Avenue, Suite 206
San Antonio, Texas 78201
les.law@hotmail.com
pzklaw@gmail.com
Attorneys for Plaintiff

_____
LAURA A. CAVARETTA

Exhibit M

## CAUSE NO. 2018-CI-23979

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIGITTE | § | IN THE DISTRICT COURT |
| LOTT AND REGINOLD STEPHENS | § | |
| INDIVIDUALLY, RONALD DOTSON, | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JANICE DOTSON-STEPHENS, | § | |
| DECEASED | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | 408TH JUDICIAL DISTRICT |
| | § | |
| BEXAR COUNTY, BEXAR COUNTY | § | |
| HOSPITAL DISTRICT DBA | § | |
| UNIVERSITY HEALTH SYSTEM, | § | |
| BEXAR COUNTY PRE-TRIAL | § | |
| SERVICES, UNKNOWN, UNNAMED | § | |
| OFFICERS/EMPLOYEES OF THE | § | |
| BEXAR COUNTY SHERIFF'S OFFICE, | § | |
| UNKNOWN, UNNAMED OFFICERS/ | § | |
| EMPLOYEES OF THE BEXAR | § | |
| COUNTY HOSPITAL DISTRICT DBA | § | |
| UNIVERSITY HEALTH SYSTEM, | § | |
| UNKNOWN, UNNAMED OFFICERS/ | § | |
| EMPLOYEES OF THE BEXAR | § | |
| COUNTY PRE-TRIAL SERVICES | § | |
| *Defendants* | § | OF BEXAR COUNTY, TEXAS |

## DEFENDANT BEXAR COUNTY'S ORIGINAL ANSWER

Bexar County, named as a defendant in the above-styled and numbered cause, files this, its Original Answer.

1.     Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations in Plaintiffs' current petition.

2.     There is no jurisdiction over the subject matter in the above styled and numbered cause as set forth in Plaintiffs' original petition, in whole or in part.

3.     Plaintiffs' alleged causes of action are barred, in whole or in part, by §101.001 et. seq. of the Texas Civil Practice and Remedies Code ("Texas Tort Claims Act").   Defendant invokes the

Exhibit N

doctrine of governmental and sovereign immunity as a defense to Plaintiffs' claims. Defendant is immune from liability and for the payment of damages pursuant to any theory of liability under state law requested by Plaintiffs in this cause of action.

4.      Defendant asserts qualified immunity from all claims.

5.      Defendant asserts that the decedent's injuries and damages were caused by third parties over whom Bexar County had no right of control and did not control.

## PRAYER

Defendant requests that Plaintiffs take nothing, and such other relief to which Defendant is justly entitled at law or in equity.

Respectfully submitted,

JOE D. GONZALES
Bexar County Criminal District Attorney

By:  /s/ Robert W. Piatt III
ROBERT W. PIATT III
SBN: 24041692
Assistant District Attorney
101 W. Nueva – Civil Division
San Antonio, Texas 78205
(210) 335-0785 – Telephone
(210) 335-2773 – Fax
robert.piatt@bexar.org

2

Exhibit N

## CERTIFICATE OF SERVICE

I do hereby certify on the 28th day of January, 2019, I electronically filed the foregoing Original Answer of Bexar County with the electronic filing system, which will serve the following:

Leslie Sachanowicz
Mary Pietrazek
702 Donaldson Avenue, Suite 206
San Antonio, Texas 78210
(210) 951-9795
Fax: (210) 855-2046
*Attorneys for Plaintiffs*

/s/ Robert Piatt
Robert W. Piatt III

Exhibit N

CAUSE NO. 2018-CI-23979

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIGITTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED | § § § § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs* | § | |
| | § | |
| v. | § § | 408TH JUDICIAL DISTRICT |
| | § | |
| BEXAR COUNTY, BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, BEXAR COUNTY PRE-TRIAL SERVICES, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY SHERIFF'S OFFICE, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY PRE-TRIAL SERVICES | § § § § § § § § § § § § § § § | |
| *Defendants* | § | OF BEXAR COUNTY, TEXAS |

## DEFENDANT BEXAR COUNTY PRETRIAL SERVICES'S ORIGINAL ANSWER

Bexar County Pretrial Services (hereinafter "Defendant"), files this, its Original Answer in the above-styled and numbered cause,.

1.      "Bexar County Pre-Trial Services" it is not a separate legal entity capable of being sued, and, therefore, the Court has no jurisdiction over it.

2.      Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations in Plaintiffs' current petition.

3.      There is no jurisdiction over the subject matter in the above styled and numbered cause as set forth in Plaintiffs' original petition, in whole or in part.

1

Exhibit O

4.      Plaintiffs' alleged causes of action are barred, in whole or in part, by §101.001 et. seq. of the Texas Civil Practice and Remedies Code ("Texas Tort Claims Act").   Defendant invokes the doctrine of governmental and sovereign immunity as a defense to Plaintiffs' claims.   Defendant is immune from liability and for the payment of damages pursuant to any theory of liability under state law requested by Plaintiffs in this cause of action.

5.      Defendant asserts qualified immunity from all claims.

6.      Defendant asserts that the decedent's injuries and damages were caused by third parties over whom Bexar County had no right of control and did not control.

**PRAYER**

Defendant requests that Plaintiffs take nothing, and such other relief to which Defendant is justly entitled at law or in equity.

Respectfully submitted,

JOE D. GONZALES
Bexar County Criminal District Attorney

By:  /s/ Robert W. Piatt III
ROBERT W. PIATT III
SBN: 24041692
Assistant District Attorney
101 W. Nueva – Civil Division
San Antonio, Texas 78205
(210) 335-0785 – Telephone
(210) 335-2773 – Fax
robert.piatt@bexar.org

Exhibit O

## CERTIFICATE OF SERVICE

I do hereby certify on the 28th day of January, 2019, I electronically filed the foregoing Original Answer of Bexar County Pretrial Services with the electronic filing system, which will serve the following:

Leslie Sachanowicz
Mary Pietrazek
702 Donaldson Avenue, Suite 206
San Antonio, Texas 78210
(210) 951-9795
Fax: (210) 855-2046
*Attorneys for Plaintiffs*

/s/ Robert Piatt
**Robert W. Piatt III**

Exhibit O

NO. 2018CI23979

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIDGETTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED, | § § § § | IN THE DISTRICT COURT<br><br>408  JUDICIAL DISTRICT<br><br>OF BEXAR COUNTY, TEXAS |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| BEXAR COUNTY, BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, BEXAR COUNTY PRE-TRIAL SERVICES, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY SHERIFF'S OFFICE, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY PRE-TRIAL SERVICES SHERIFF JAVIER SALAZAR, OFFICIALLY AND INDIVIDUALLY, BEXAR COUNTY PRETRIAL SERVICES DIRECTOR MIKE LOZITO OFFICIALLY AND INDIVIDUALLY, SAPD OFFICER MICHAEL KOHLLEPPEL OFFICIALLY AND INDIVIDUALLY, | § § § | |
| Defendants. | § | |

Exhibit P



## MOTION FOR DEFAULT JUDGMENT

NOW COMES, MICHELLE DOTSON, BRIDGETTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED,

hereinafter Plaintiff, and files this Motion for Default Judgment, and in support hereof, shows

the court the following:

I.

Plaintiff filed suit against Defendant, Bexar County, Bexar pre-trial services on December

21, 2018 seeking damages for

— Bexar County – 42 U.S.C. § 1983

— Bexar County - Vicarious Liability for unknown employees Willful and Wanton

Conduct – Survival

— Bexar County - Vicarious Liability for unknown employees Willful and Wanton

Conduct – Wrongful Death

— Bexar County – Institutional Liability - Survival

— Bexar County – Institutional Liability – Wrongful Death

— Bexar County Pre-Trial Services – 42 U.S.C. § 1983

— Bexar County Pre-Trial Services – Vicarious Liability for unknown employees Willful

and Wanton Conduct – Survival

— Bexar County Pre-Trial Services - Vicarious Liability for unknown employees Willful

and Wanton Conduct – Wrongful Death

— Bexar County Pre-Trial Services – Institutional Liability - Survival

— Bexar County Pre-Trial Services – Institutional Liability – Wrongful Death

Exhibit P



II.

Defendant, Bexar County and Bexar County pre-trial services, was served with citation on January 7, 2019. Defendant Bexar County and Bexar County pre-trial services, has failed to appear or file an answer within the time allowed by law and has wholly made default. The citation with proof of service of Defendant has been on file with the clerk of the court ten days, exclusive of the day of filing and the day of judgment.

III.

The following documents are attached to this Motion:

1.    Certificate of Last Known Mailing Address

WHEREFORE, premises considered, Plaintiff prays that the Court enter judgment against Defendant, bexar county and bexar county pre-trial services; that Plaintiff recovers costs expended in filing this suit; that Plaintiff recovers prejudgment and postjudgment interest; that Plaintiff recovers attorney's fees and that Plaintiff has such other and further relief at law or in equity to which Plaintiff may be justly entitled.

Respectfully submitted,

By:   //s//Leslie Sachanowicz
      Leslie Sachanowicz
      Texas Bar No. 17503200
      Email: les.law@hotmail.com
      702 Donaldson Avenue, Suite 106
      San Antonio, Texas 78201
      Tel. (210) 883-8565
      Fax. (210) 855-2045
      Attorney for Plaintiffs

Exhibit P

Case No: 2018C123979
(Print court information exactly as it appears on your Petition)

MICHELLE COTSON ET AL

vs

BEXAR COUNTY ET AL

In the (check one):

☑ District ☐ County ☐ Justice Court of:

_____ County, Texas

## Certificate of Last Known Mailing Address

1. My name is: MARY     PIETRZEK
   ATTORNEY FOR
   First          Middle                    Last

2. I am the Petitioner in this case.

3. The Respondent's name is: BEXAR COUNTY PRE TRIAL SERVICES
   First       Middle              Last

4. I certify that the last known mailing address I have for the Respondent is:

   207 NORTH COMAL #200 SAN ANTONIO TX 78207
   Address              City        State      Zip

Respectfully submitted,

_Mary Pietrzek_
Your Signature

MARY   PIETRZEK
Your Printed Name

702 DONALDSON AVE STE 206
Your Mailing Address

Email Address: PZKLAW@GMAIL.COM

Date: 29 JAN 2019

Phone: (210) 951-9795

SAN ANTONIO TX 78201
City        State      Zip

Fax # (if available) (210) 855-2045

Exhibit P

Case No:  2018CI 23979
*(Print court information exactly as it appears on your Petition)*

MICHELLE DOTSON ET AL
VS
BEXAR COUNTY ET AL

In the *(check one)*:

☑ District ☐ County ☐ Justice Court of:

_____ County, Texas

## Certificate of Last Known Mailing Address

1. My name is: MARY ____ PIENRAZEK
         *First*      ATTORNEY FOR      *Middle*      *Last*

2. I am the Petitioner in this case.

3. The Respondent's name is: BEXAR ____ COUNTY
         *First*      *Middle*      *Last*

4. I certify that the last known mailing address I have for the Respondent is:

   101 W. NUEVA, 10th FLOOR SAN ANTONIO 78205
   *Address*      *City*      *State*      *Zip*

Respectfully submitted,

*Your Signature*            29 JAN 2019
                           *Date*

MARY PIENRAZEK          (210) 951-9795
*Your Printed Name*            *Phone*

702 DONALDSON AVE STE 206    SAN ANTONIO TX 78201
*Your Mailing Address*      *City*      *State*      *Zip*

Email Address: PZKLAW @ GMAIL.COM   *Fax # (if available)* 210 855 2045

Exhibit P



**COUNTY CLERK & DISTRICT CLERK**
**COURT RECORDS SEARCH**

# Case #2018CI23979

**Name**: MICHELLE DOTSON

**Date Filed** : 12/21/2018

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 408

**Docket Type** : OTHER INJURY OR DAMAGE

**Business Name** :

**Style** : MICHELLE DOTSON ET AL

**Style (2)** : vs BEXAR COUNTY ET AL

Exhibit O

# Case History

*Currently viewing 1 through 19 of 00019 records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00012 | 1/29/2019 | MOTION FOR DEFAULT JUDGMENT |
| P00011 | 1/29/2019 | ORIGINAL ANSWER OF BEXAR COUNTY PRETRIAL SERVICES |
| P00010 | 1/29/2019 | ORIGINAL ANSWER OF BEXAR COUNTY |
| P00009 | 1/24/2019 | ORIGINAL ANSWER OF BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVE RSITY HEALTH SYSTEM, PLEA IN ABATEMENT A ND SPECIAL EXCEPTIONS |
| S00007 | 1/17/2019 | CITATION MIKE LOZITO ISSUED: 1/17/2019 RECEIVED: 1/25/2019 EXECUTED: 1/25/2019 RETURNED: 1/28/2019 |
| S00006 | 1/17/2019 | CITATION THE CITY OF SAN ANTONIO ISSUED: 1/17/2019 RECEIVED: 1/21/2019 EXECUTED: 1/22/2019 RETURNED: 1/28/2019 |
| S00005 | 1/17/2019 | CITATION OFFICER MICHAEL KOHLLEPPEL ISSUED: 1/17/2019 |
| S00004 | 1/17/2019 | CITATION SHERIFF JAVIER SALAZAR ISSUED: 1/17/2019 RECEIVED: 1/21/2019 EXECUTED: 1/22/2019 RETURNED: 1/28/2019 |
| P00008 | 1/17/2019 | REQUEST FOR SERVICE AND PROCESS |
| P00007 | 1/17/2019 | SERVICE ASSIGNED TO CLERK 3 |
| P00006 | 1/15/2019 | FIRST AMENDED PETITION |
| S00003 | 12/26/2018 | CITATION BEXAR COUNTY PRE-TRIAL SERVICES ISSUED: 12/26/2018 RECEIVED: 1/7/2019 EXECUTED: 1/7/2019 RETURNED: 1/8/2019 |
| S00002 | 12/26/2018 | CITATION BEXAR COUNTY HOSPITAL DISTRICT ISSUED: 12/26/2018 RECEIVED: 1/7/2019 EXECUTED: 1/7/2019 RETURNED: 1/8/2019 |
| S00001 | 12/26/2018 | CITATION BEXAR COUNTY ISSUED: 12/26/2018 RECEIVED: 1/7/2019 EXECUTED: 1/7/2019 RETURNED: 1/8/2019 |
| P00005 | 12/26/2018 | REQUEST FOR SERVICE AND PROCESS |

| Sequence | Date Filed | Description |
|----------|------------|-------------|
| P00004 | 12/26/2018 | SERVICE ASSIGNED TO CLERK 2 |
| P00003 | 12/21/2018 | CIVIL CASE INFORMATION SHEET |
| P00002 | 12/21/2018 | AFFD OF INABILITY TO PAY COSTS |
| P00001 | 12/21/2018 | PETITION |

Exhibit Q