# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHELLE DOTSON, BRIGITTE LOTT AND REGINOLD STEPHENS INDIVIDUALLY, RONALD DOTSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANICE DOTSON-STEPHENS, DECEASED<br>*Plaintiffs*<br><br>v.<br><br>BEXAR COUNTY, BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, BEXAR COUNTY PRE-TRIAL SERVICES, UNKNOWN, UNNAMED OFFICERS/EMPLOYEES OF THE BEXAR COUNTY SHERIFF'S OFFICE, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY HOSPITAL DISTRICT DBA UNIVERSITY HEALTH SYSTEM, UNKNOWN, UNNAMED OFFICERS/ EMPLOYEES OF THE BEXAR COUNTY PRE-TRIAL SERVICES<br>*Defendants* | §§§§§§§§§§§§§§§§§§§§§§§§§ | CASE NO. 5:19-cv-0083 |

## ORDER

ON THIS DAY came to be heard the motion of Defendants Bexar County, Bexar County Pretrial Services, and Mike Lozito ("Defendants") to file a certain state court filing under seal. The Court finds the motion should be GRANTED. IT IS THEREFORE ORDERED that the state court document attached to Defendants' motion be filed under seal.

IT IS SO ORDERED on this the _____ day of _____ 2019.

                                                      _____
                                                      Honorable Xavier Rodriguez
                                                      U.S. District Judge