FILED
February 09, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| MICHELLE DOTSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BEXAR COUNTY, *et al.*,<br><br>Defendants. | Case No. 5:19-cv-083-RCL |

## JUDGMENT

In accordance with the jury verdict rendered on January 26, 2022, the Court hereby **ORDERS** that final judgment is entered in favor of Bexar County and the Bexar County Hospital District (d/b/a University Health) against plaintiffs Michelle Dotson, Reginold Stephens, and Bridgette Lott, individually, and Ronald Dotson, individually and as personal representative of plaintiff the Estate of Janice Dotson-Stephens. Plaintiffs' [51] Fourth Amended Complaint is hereby **DISMISSED WITH PREJUDICE**. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

It is **SO ORDERED**.

Date: February 9, 2022

Royce C. Lamberth
United States District Judge

1